IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CV-52-FL

| | | |
|---|---|---|
| TITAN AMERICA, LLC, a Delaware Limited Liability Company, and CAROLINAS CEMENT COMPANY, LLC, a Delaware Limited Liability Company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| KAYNE O. DARRELL and DAVID L. HILL, | ) ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiffs' motion for protective order (DE # 30), filed December 2, 2011, to which defendants responded in opposition. Good cause having been shown for entry of protective order, the court adopts as its own the proposed protective order filed as Exhibit A to plaintiffs' motion, and incorporates same by reference herein as if completely set forth.

In light of the court's ruling on this motion, where it appears that entry of a protective order will affect the various discovery disputes noted in defendants' motion to compel, lodged at docket entry 39, and corrected motion for discovery, lodged at docket entry 41, the court denies said motions without prejudice to their renewal.

Where protections requested by plaintiff now have been accorded to certain information sought by defendants in discovery, plaintiff is directed to supplement its responses in discovery within fourteen (14) days hereof. Should issues remain, defendants may file the appropriate motion in discovery, renewing in whole or in part any perceived failure properly to respond.

SO ORDERED, this the 5th day of January, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge

2